**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| MARIA PINEDA MONTES | CIVIL ACTION NO. 26-2956 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN RICHWOORD CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner Maria Pineda Montes's Petition for Writ of Habeas Corpus (Record Document 1) is **DENIED**.

The Court notes that the recent decision issued by the United States Court of Appeals for the Fifth Circuit in Sosnava Rodriguez v. Miguel Vergara, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (en banc) further supports dismissal of Petitioner's petition for writ of habeas corpus.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE